IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DIGITAL VERIFICATION SYSTEMS, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> PAYPAL, INC., <br><br> Defendant. | 2:17-CV-00152 |

## NOTICE OF VOLUNATRY DISMISSAL

Pursuant to F.R.C.P. 41(a)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Digital Verification Systems, LLC, hereby gives notice that the above-captioned action is voluntarily dismissed against Defendant PayPal, Inc.

Dated:  February 28, 2017                                     Respectfully Submitted,

By: */s/ Matthew P. Harper*
**HARPER IP GROUP, LLC**
Matthew P. Harper
Texas Bar No. 24037777
mharper@harperip.net
817 North Saddlebrook
Bedford, TX 76021
Tel: 214-293-7846

**ATTORNEYS FOR DIGITAL
VERIFICATION SYSTEMS, LLC**

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on February 28, 2017.

                                                  */s/ Matthew P. Harper*